UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Marc S. Kirschner,
as Trustee of the Refco Litigation Trust,

          Plaintiff,

    -against-

THOMAS H. LEE PARTNERS, L.P.; THOMAS H. LEE ADVISORS, LLC; THL MANAGERS V, LLC; THL EQUITY ADVISORS V, L.P.; THOMAS H. LEE EQUITY FUND V, L.P.; THOMAS H. LEE PARALLEL FUND V, L.P.; THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P.; THOMAS H. LEE INVESTORS LIMITED PARTNERSHIP; 1997 THOMAS H. LEE NOMINEE TRUST; THOMAS H. LEE; DAVID V. HARKINS; SCOTT L. JAECKEL; and SCOTT A. SCOEN,

          Defendants.

07 Civ. 7074 (GEL)

---

### FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Thomas H. Lee Partners, L.P. ("THLP") hereby discloses that: (i) Thomas H. Lee Advisors, LLC, a limited liability company, is its general partner; and (ii) Great-West Lifeco Inc., a publicly held corporation, indirectly and through a series of wholly owned subsidiaries, owns more than 10 percent of the interests in THLP.

Defendant Thomas H. Lee Advisors, LLC hereby discloses that: (i) it has no managing member or general partner; (ii) it has no parent corporation; and (iii) Great-West Lifeco Inc., a publicly held corporation, indirectly and through a series of wholly owned subsidiaries, owns more than 10 percent of the interests in Thomas H. Lee Advisors, LLC.

Defendants Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P. and Thomas H. Lee Equity (Cayman) Fund V, L.P. (the "THL Funds") hereby disclose that they are limited partnerships whose general partner is THL Equity Advisors V LLC. There is no publicly held limited partner of the THL Funds that owns ten percent or more of their interests.

Defendant THL Equity Advisors V, LLC hereby discloses that it is a limited liability company that is wholly owned by THLP. Defendant THL Managers V, LLC, a limited liability company, hereby discloses that: (i) THLP is its managing member and owner of 99.5% of the company; and (ii) Thomas H. Lee Advisors, LLC owns the remaining .5% of the company.

Defendant Thomas H. Lee Investors Limited Partnership, a limited partnership, hereby discloses that its general partner is THL Investment Management Corp. Defendant The 1997 Thomas H. Lee Nominee Trust hereby discloses that it is a trust over which Defendant Thomas H. Lee has voting and investment control.

Dated: October 23, 2007
       New York, New York

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By: _____
Greg A. Danilow (GD-1621)
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

-and-

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Richard Rosen
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000

*Attorneys for Defendants*