UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re REFCO, INC. SECURITIES LITIGATION   :        05 Civ. 8626 (GEL)
                                                           :
-----------------------------------------------------------x
                                                           :
AMERICAN FINANCIAL INTERNATIONAL   :        **ORDER**
GROUP–ASIA, L.L.C. et al.,                         :
                                                           :
                              Plaintiffs,            :
                                                           :        05 Civ. 8988 (GEL)
        -against-                                     :
                                                           :
PHILLIP R. BENNETT et al.,                      :
                                                           :
                              Defendants.          :
                                                           :
-----------------------------------------------------------x
                                                           :
CHRISTOPHER CARMONA, derivatively on   :
behalf of THE GOLDMAN SACHS GROUP,   :
INC.,                                                     :
                                                           :
                              Plaintiff,             :
                                                           :        05 Civ. 9327 (GEL)
        -against-                                     :
                                                           :
HENRY M. PAULSON et al.,                     :
                                                           :
                              Defendants,          :
        -and-                                          :
                                                           :
THE GOLDMAN SACHS GROUP, INC.,   :
a Delaware corporation,                            :
                                                           :
                              Nominal Defendant.   :
                                                           :
-----------------------------------------------------------x
                                                           :
THOMAS H. LEE EQUITY FUND V, L.P. et al.,   :
                                                           :
                              Plaintiffs,            :
                                                           :        05 Civ. 9608 (GEL)
        - against-                                    :

PHILLIP R. BENNETT et al., : 
 : 
 : 
                        Defendants. : 
 : 
 : 
------------------------------------------------------------x 
 : 
In re REFCO CAPITAL MARKETS, LTD. : 
BROKERAGE CUSTOMER SECURITIES : 06 Civ. 643 (GEL) 
LITIGATION : 
 : 
 : 
------------------------------------------------------------x 
 : 
THOMAS H. LEE EQUITY FUND V, L.P. et al., : 
 : 
                        Plaintiffs, : 
 : 07 Civ. 6767 (GEL) 
     - against- : 
 : 
MAYER, BROWN, ROWE & MAW LLP, : 
 : 
                        Defendant. : 
 : 
------------------------------------------------------------x 
 : 
MARC S. KIRSCHNER, as Trustee of the : 
Refco Litigation Trust, : 
 : 
                        Plaintiff, : 
 : 07 Civ. 7074 (GEL) 
     - against- : 
 : 
THOMAS H. LEE PARTNERS, L.P. et al., : 
 : 
                        Defendants. : 
 : 
------------------------------------------------------------x 
 : 
AXIS REINSURANCE COMPANY, : 
 : 
                        Plaintiff, : 
 : 07 Civ. 7924 (GEL) 
     - against- : 
 : 
PHILLIP R. BENNETT et al., : 

2

```
                                        :
                    Defendants.          :
                                        :
---------------------------------------------x
                                        :
MARC S. KIRSCHNER, as Trustee of the    :
Refco Private Actions Trust,            :
                                        :
                    Plaintiff,          :
                                        :         07 Civ. 8165 (GEL)
        - against-                      :
                                        :
PHILLIP R. BENNETT et al.,              :
                                        :
                    Defendants.         :
                                        :
---------------------------------------------x
                                        :
THOMAS H. LEE EQUITY FUND V, L.P. et al., :
                                        :
                    Plaintiffs,         :
                                        :         07 Civ. 8663 (GEL)
        - against-                      :
                                        :
GRANT THORNTON LLP,                     :
                                        :
                    Defendant.          :
                                        :
---------------------------------------------x
                                        :
VR GLOBAL PARTNERS, L.P. et al.,        :
                                        :
                    Plaintiffs,         :
                                        :         07 Civ. 8686 (GEL)
        - against-                      :
                                        :
PHILLIP R. BENNETT et al.,              :
                                        :
                    Defendants.         :
                                        :
---------------------------------------------x
                                        :
CAPITAL MANAGEMENT SELECT FUND          :
LTD. et al.,                            :
                    Plaintiffs,         :
```

3

|  |  |  |
|---|---|---|
| - against- | : | 07 Civ. 8688 (GEL) |
|  | : |  |
| PHILLIP R. BENNETT et al., | : |  |
|  | : |  |
| Defendants. | : |  |
|  | : |  |

------------------------------------------------------------x

|  |  |  |
|---|---|---|
| MARC S. KIRSCHNER, as Trustee of the Refco Litigation Trust, | : | |
|  | : | |
| | : | |
| Plaintiff, | : | |
|  | : | 07 Civ. 9238 (GEL) |
| - against- | : | |
|  | : | |
| THOMAS HACKL et al., | : | |
|  | : | |
| Defendants. | : | |
|  | : | |

------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

The above-captioned cases constitute all of the Refco-related cases currently pending on this Court's docket.  In the interest of determining a fair and efficient manner to coordinate discovery and briefing schedules in these related cases, it is hereby ORDERED that counsel for all parties in the above-captioned cases shall appear for a status conference before this Court at 3:30 p.m. on November 30, 2007.

SO ORDERED.

Dated:  New York, New York
        October 24, 2007

_____
GERARD E. LYNCH
United States District Judge

4