UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC S. KIRSCHNER,<br>as Trustee of the Refco Litigation Trust,<br><br>Plaintiff,<br><br>- against -<br><br>THOMAS H. LEE PARTNERS, L.P.;<br>THOMAS H. LEE ADVISORS, LLC; THL<br>MANAGERS V, LLC; THL EQUITY<br>ADVISORS V, L.P.; THOMAS H. LEE<br>EQUITY FUND V, L.P.; THOMAS H. LEE<br>PARALLEL FUND V, L.P.; THOMAS H.<br>LEE EQUITY (CAYMAN) FUND V, L.P.;<br>THOMAS H. LEE INVESTORS LIMITED<br>PARTNERSHIP; 1997 THOMAS H. LEE<br>NOMINEE TRUST; THOMAS H. LEE;<br>DAVID V. HARKINS; SCOTT L. JAECKEL;<br>and SCOTT A. SCHOEN,<br><br>Defendants. | No. 07 Civ. 7074 (GEL)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 11/26/07 |

## STIPULATION AND ORDER

1. WHEREAS, on August 8, 2007, Plaintiff Marc S. Kirschner (the "Plaintiff"), as Court-approved Trustee for the Refco Litigation Trust, filed his Complaint in the above-captioned action; and

2. WHEREAS, on October 23, 2007, the Defendants in the above-captioned action (the "Defendants") filed an Answer; and

3. WHEREAS, the Defendants noted in their Answer that Plaintiff's Complaint identified Defendant THL Equity Advisors V, LLC as "THL Equity Advisors V, L.P."

**IT IS THEREFORE AGREED AND STIPULATED THAT:**

4. Plaintiff may file a corrected Complaint to reflect the proper name of the Defendant, THL Equity Advisors V, LLC; and

5. For all purposes, this action shall proceed as if the Plaintiff had properly named THL Equity Advisors V, LLC in the Complaint dated August 8, 2007.

6. Defendants shall serve an Answer to the corrected Complaint on or before December 3, 2007.

Dated: November 20, 2007

MILBANK, TWEED, HADLEY & McCLOY LLP

By: _____
Scott A. Edelman (SE-5247)
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000

*Counsel for Plaintiff Marc S. Kirschner,
as Trustee for the Refco Litigation Trust*

Dated: November 20, 2007

WEIL, GOTSHAL & MANGES LLP

By: _____
Greg Danilow (GD-1621)
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

-and-

PAUL, WEISS, RIFKIND, WHARTON & GARRISON
Richard A. Rosen
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

*Counsel for Defendants Thomas H. Lee Partners, L.P.; Thomas H. Lee Advisors, LLC; THL Managers V, LLC; THL Equity Advisors V, LLC; Thomas H. Lee Parallel Fund V, L.P.; Thomas H. Lee Equity (Cayman) Fund V, L.P.; Thomas H. Lee Investors Limited Partnership; 1997 Thomas H. Lee Nominee Trust; Thomas H. Lee; David V. Harkins; Scott L. Jaeckel; and Scott A. Schoen*

**SO ORDERED:**

*[signature]*

Honorable Gerard E. Lynch
United States District Judge

Dated: 11/26/07