UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
   :
In re REFCO, INC. SECURITIES LITIGATION   :     05 Civ. 8626 (GEL)
   :
------------------------------------------------------------x
   :
AMERICAN FINANCIAL INTERNATIONAL   :     **ORDER**
GROUP–ASIA, L.L.C. et al.,   :
   :
           Plaintiffs,   :
   :     05 Civ. 8988 (GEL)
    -against-   :
   :
PHILLIP R. BENNETT et al.,   :
   :
           Defendants.   :
   :
------------------------------------------------------------x
   :
CHRISTOPHER CARMONA, derivatively on   :
behalf of THE GOLDMAN SACHS GROUP,   :
INC.,   :
   :
           Plaintiff,   :
   :
   :     05 Civ. 9327 (GEL)
    -against-   :
   :
HENRY M. PAULSON et al.,   :
   :
           Defendants,   :
    -and-   :
   :
THE GOLDMAN SACHS GROUP, INC.,   :
a Delaware corporation,   :
   :
           Nominal Defendant.   :
   :
------------------------------------------------------------x
   :
THOMAS H. LEE EQUITY FUND V, L.P. et al.,   :
   :
           Plaintiffs,   :
   :     05 Civ. 9608 (GEL)
    - against-   :

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 11/27/07]

| | |
|---|---|
| PHILLIP R. BENNETT et al., : <br><br>                    Defendants. : <br>------------------------------------------------------------x | |
| In re REFCO CAPITAL MARKETS, LTD. : <br>BROKERAGE CUSTOMER SECURITIES : <br>LITIGATION : <br>------------------------------------------------------------x | 06 Civ. 643 (GEL) |
| THOMAS H. LEE EQUITY FUND V, L.P. et al., : <br><br>                    Plaintiffs, : <br><br>        - against- : <br><br>MAYER, BROWN, ROWE & MAW LLP, : <br><br>                    Defendant. : <br>------------------------------------------------------------x | 07 Civ. 6767 (GEL) |
| MARC S. KIRSCHNER, as Trustee of the : <br>Refco Litigation Trust, : <br><br>                    Plaintiff, : <br><br>        - against- : <br><br>THOMAS H. LEE PARTNERS, L.P. et al., : <br><br>                    Defendants. : <br>------------------------------------------------------------x | 07 Civ. 7074 (GEL) |
| AXIS REINSURANCE COMPANY, : <br><br>                    Plaintiff, : <br><br>        - against- : <br><br>PHILLIP R. BENNETT et al., : | 07 Civ. 7924 (GEL) |

|  |  |
|---|---|
| Defendants. | |
| ----------------------------------------------------------------x | |
| MARC S. KIRSCHNER, as Trustee of the Refco Private Actions Trust,<br><br>        Plaintiff,<br><br>- against-<br><br>PHILLIP R. BENNETT et al.,<br><br>        Defendants. | 07 Civ. 8165 (GEL) |
| ----------------------------------------------------------------x | |
| THOMAS H. LEE EQUITY FUND V, L.P. et al.,<br><br>        Plaintiffs,<br><br>- against-<br><br>GRANT THORNTON LLP,<br><br>        Defendant. | 07 Civ. 8663 (GEL) |
| ----------------------------------------------------------------x | |
| VR GLOBAL PARTNERS, L.P. et al.,<br><br>        Plaintiffs,<br><br>- against-<br><br>PHILLIP R. BENNETT et al.,<br><br>       Defendants. | 07 Civ. 8686 (GEL) |
| ----------------------------------------------------------------x | |
| CAPITAL MANAGEMENT SELECT FUND LTD. et al.,<br><br>        Plaintiffs, | |

|  |  |
|---|---|
| - against- | 07 Civ. 8688 (GEL) |
| PHILLIP R. BENNETT et al., | |
| Defendants. | |

----------------------------------------------------------x

|  |  |
|---|---|
| MARC S. KIRSCHNER, as Trustee of the Refco Litigation Trust, | |
| Plaintiff, | |
| - against- | 07 Civ. 9238 (GEL) |
| THOMAS HACKL et al., | |
| Defendants. | |

----------------------------------------------------------x

|  |  |
|---|---|
| In re REFCO, INC. | 07 Civ. 9420 (GEL) |
|  | 07 Civ. 9482 (GEL) |
|  | 07 Civ. 9483 (GEL) |
| ----------------------------------------------------------x | 07 Civ. 10302 (GEL) |

GERARD E. LYNCH, District Judge:

    The Court has received a letter from counsel for defendant Grant Thornton LLP stating that the parties to a number of the above-captioned cases have been attempting to schedule a meeting to discuss matters to be addressed at the status conference currently scheduled for November 30, 2007, at 3:30 p.m., but that the parties have been unable to meet as a result of the large number of counsel and the intervening Thanksgiving holiday. Having received a request to adjourn the status conference for a brief period to permit interested parties to confer, it is hereby ORDERED that the status conference is re-scheduled for December 10, 2007, at 3 p.m.

SO ORDERED.

Dated: New York, New York
       November 27, 2007

                                            GERARD E. LYNCH
                                          United States District Judge